# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2020

January 13, 2020

*[Handwritten note: Conf. is adjourned until February 7, 2019 @ 11:00 a.m. Time is excluded until then in the interest of justice. /s/ AKH 1-14-2020]*

By ECF & Fax: 212-805-7942
Hon. Alvin K. Hellertsein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Polanco et al.,
19 Cr. 416 (AKH)

Dear Judge Hellerstein:

I am the attorney for Dauri Polanco, the defendant in the above-referenced matter. I write with the consent of the defendants and the government, by AUSA Nicholas Chiuchiolo, seeking an adjournment of the status conference that is presently scheduled for January 17, 2020 at 11:00 a.m. The reason for this request is because I will be away on January 17, 2020, and therefore seek to adjourn the conference to the week of February 3. My office has conferred with AUSA Chiuchiolo and counsel for Dariel Polanco, Ms. Gallicchio, and the parties are available for a status conference on February 3 (any time), February 5 (morning only), and February 6 (morning only).

Additionally, with the consent of the defendants, it is respectfully requested that the Court exclude speedy trial time until the next conference date.

If the Court has any questions regarding this application, please contact my office.

Respectfully submitted,

David Stern

cc: All counsel (ECF and email)