# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

August 14, 2020

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*So Ordered*
*Alvin K. Hellerstein*
*8-31-2020*

Re: United States v. Polanco et al.,
    19 Cr. 416 (AKH)

Dear Judge Hellerstein:

   I am the attorney for Dauri Polanco, a defendant in the above-referenced matter, who is currently on pretrial release. This letter is respectfully submitted with the consent of the government, by AUSA Nicholas Chiuchiolo, and Pretrial Services Officer Bernisa Mejia, to request a modification of Mr. Polanco's bond conditions to remove the condition of location monitoring.

   On April 10, 2019 Magistrate Judge Sarah Netburn imposed bail conditions for Mr. Polanco, including: travel limited to SDNY/EDNY, pre-trial supervision as directed by Pretrial Services, curfew of 10pm, GPS monitoring, and for Mr. Polanco to continue or seek employment. On August 23, 2019, your Honor granted Mr. Polanco's request to remove the condition of his curfew because it interfered with his prospective employment schedule. Pretrial Services Officer Mejia advises that Mr. Polanco "has maintained full compliance with his release conditions for over a year," and for these reasons, she consents to the removal of location monitoring.

   Given Mr. Polanco's continued compliance with his requirements of pretrial release, it is respectfully submitted that location monitoring is no longer necessary, and that Mr. Polanco's bond conditions should be modified to remove such

Hon. Alvin K. Hellerstein
August 14, 2020
Page Two

condition.

    If the Court has any questions regarding this application, please contact my office.

                                          Respectfully submitted,

                                                   /s/

                                           David Stern

cc:  Nicholas Chiuchiolo (by ECF)
     *Assistant U.S. Attorney*

     Bernisa Mejia (by Email)
     *U.S. Pretrial Services Officer*