# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*                                                      *Long Island Office*
**42-40 Bell Blvd, Suite 302**                           **10 Bond St, Suite 389**
**Bayside, New York 11361**                          **Great Neck, New York 11021**
**Tel (516) 829-2299**                                          **Tel (516) 829-2299**
*jp@jpittell.com*                                                             *jp@jpittell.com*

April 25, 2022

Hon. Alvin K. Hellerstein
U.S. District Court
500 Pearl St
New York, NY 10007

Re:      *U.S. v. Polanco, et. al*
         19 cr 416 (AKH)

> The conference is adjourned and time is excluded until 6/30/2022 at 11:00 am ; in the interest of justice. So Ordered.
>
> /s/ Alvin K. Hellerstein, U.S.D.J.
> 4/25/2022

Dear Judge Hellerstein:

I am counsel to *Dauri Polanco,* a Defendant in the above referenced matter.

Currently, the case is scheduled for a status conference on April 27, 2022. Please accept this letter in lieu of a formal motion requesting adjournment of the conference.

It is my understanding that on, March 24, 2022, Mr. Polanco's prior counsel, Rudy Velez, Esq. was relived as counsel. Thereafter, the case was adjourned for a conference to be held on April 27, 2022. Subsequently, as I was the March 24th CJA Duty Attorney, I was appointed as counsel.

I have conflict on the April 27th conference date as I will be out of town. As such, I respectfully request an adjournment of the conference date. In addition, I request the adjournment as I need additional time to obtain and review the pending discovery to be provided to me.

Based upon the foregoing, subject to the Court's and parties' availability, I respectfully request the conference be adjourned for approximately sixty days to a date during the week of June 27, 2022.

I have conferred with the Government and they do not object to this request. I consent to an exclusion of time, from April 27, 2022 to the adjourn date, under the Speedy Trial Act.

                                                 Respectfully submitted,
                                                 /s/
                                                 Jeffrey G. Pittell

cc:      AUSA Nicholas Chiuchiolo