# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

June 29, 2022

Hon. Alvin K. Hellerstein
U.S. District Court
500 Pearl St
New York, NY 10007

Re:   *U.S. v. Polanco, et. al*
      19 cr 416 (AKH)

Dear Judge Hellerstein:

> [Handwritten endorsement:] The conf is adjourned and time is excluded until August 25, 2022 at 10:30 a.m.; in the interest of justice.
> /s/ Al. K. Hellerstein 6/29/2022

I am counsel to *Dauri Polanco,* a Defendant in the above referenced matter.

Currently, the case is scheduled for a status conference on June 30, 2022. Please accept this letter in lieu of a formal motion requesting adjournment of the conference.

I make this request as I seek additional time to continue reviewing the discovery and to try to negotiate a non-trial disposition with the Government.

Based upon the foregoing, I respectfully request the conference be adjourned August 25, 2022 at 10:30 a.m. which I understand is available on the Court's calendar.

I have conferred with the Government and they do not object to this request. I consent to an exclusion of time, from June 30, 2022 to the adjourn date, under the Speedy Trial Act.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   AUSA Nicholas Chiuchiolo