UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA            :
                                    :
                                    :    **SCHEDULING ORDER**
    -against-                       :
                                    :    19 CR. 416 (AKH)
                                    :
DAURI POLANCO,                      :
                                    :
                                    :
                        Defendant.  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The conference scheduled for August 25, 2022, is hereby adjourned, and time is excluded in the interest of justice, until September 13, 2022, at 12:30 p.m.

      SO ORDERED.

Dated:    August 23, 2022         __/s/ Alvin K. Hellerstein_____
             New York, New York       ALVIN K. HELLERSTEIN
                                              United States District Judge