# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*                                                                                                               *Long Island Office*
**42-40 Bell Blvd, Suite 302**                                                       **10 Bond St, Suite 389**
**Bayside, New York 11361**                                                  **Great Neck, New York 11021**
**Tel (516) 829-2299**                                                                   **Tel (516) 829-2299**
*jp@jpittell.com*                                                                                     *jp@jpittell.com*

September 12, 2022

Hon. Alvin K. Hellerstein
U.S. District Court
500 Pearl St
New York, NY 10007

> The conf. is adjourned and time is excluded until 11/1/22 at 12:00 p.m.
>
> /s/Hon. Alvin K. Hellerstein, U.S.D.J.
> 9/12/22

Re:   *U.S. v. Polanco, et. al*
      19 cr 416 (AKH)

Dear Judge Hellerstein:

    I am counsel to *Dauri Polanco,* a Defendant in the above referenced matter.

    Currently, the case is scheduled for a status conference on September 13, 2022. Please accept this letter in lieu of a formal motion requesting adjournment of the conference.

    I make this request as I have been seeking to negotiate a non-trial disposition with the Government and need time to continue this discussion.

    Based upon the foregoing, subject to the Court and Government's availability, I respectfully request the conference be adjourned to October 25 or 26 (during the afternoon). If that date is not available on the Court, or Government's calendar, I will confer with Your Deputy and determine a mutually available date.

    I have conferred with the Government and they do not object to this request. I consent to an exclusion of time, from September 13, 2022 to the adjourn date, under the Speedy Trial Act.

                                                      Respectfully submitted,
                                                      /s/
                                                      Jeffrey G. Pittell

cc:     AUSA Nicholas Chiuchiolo