# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

October 28, 2022

Hon. Alvin K. Hellerstein  
U.S. District Court  
500 Pearl St  
New York, NY 10007

> The status conference is adjourned from November 1, 2022 to January 12, 2023 at 12:00 p.m. Time is excluded until January 12, 2023 in the interest of justice.
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein  
> October 31, 2022

Re:   *U.S. v. Polanco, et. al*  
       19 cr 416 (AKH)

Dear Judge Hellerstein:

I am counsel to *Dauri Polanco,* a Defendant in the above referenced matter.

Currently, the case is scheduled for a status conference on November 1, 2022. Please accept this letter in lieu of a formal motion requesting adjournment of the conference.

I make this request as the parties continued to be in negotiations regarding a non-trial disposition we need time to continue ours discussion.

Based upon the foregoing, subject to the Court and Government's availability, I respectfully request the conference be adjourned to January 12 or 13, 2023 (during the afternoon). If that date is not available on the Court, or Government's calendar, I will confer with Your Deputy and determine a mutually available date.

I have conferred with the Government and they do not object to this request. I consent to an exclusion of time, from October 28, 2022 to the adjourn date, under the Speedy Trial Act.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:   AUSA Nicholas Chiuchiolo