

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2023

**BY EMAIL**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The conf is adjourned,*
*and time is excluded,*
*to February 14, 2023,*
*at 10:30 am*
*1-10-23*
*/s/ Alvin K. Hellerstein*

Re:  *United States v. Dauri Polanco*, 19 Cr. 416 (AKH)

Dear Judge Hellerstein:

      The Government respectfully writes on behalf of the parties to request a thirty-day adjournment of the status conference currently scheduled for January 12, 2023. The parties have been in discussions regarding the defendant's mitigation package submitted to the Government, which is currently under consideration. For the same reason, the Government also respectfully requests, without objection from the defendant, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next appearance.

      Very truly yours,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Nicholas W. Chiuchiolo
      Assistant United States Attorney
      (212) 637-1247

cc:  all counsel of record (by ECF)