UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
   UNITED STATES OF AMERICA                                    :
                                                               :
                                                               :    SCHEDULING ORDER
       -against-                                               :
                                                               :    19 CR. 416 (AKH)
                                                               :
   DAURI POLANCO,                                              :
                                                               :
                                                               :
                                      Defendant.               :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The change of plea proceeding scheduled for May 1, 2023 is adjourned to May 2, 2023, at 10:00a.m., in Courtroom 14D.

        SO ORDERED.

Dated:     April 28, 2023                    __/s/ Alvin K. Hellerstein____
              New York, New York          ALVIN K. HELLERSTEIN
                                                     United States District Judge