# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
jp@jpittell.com

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
jp@jpittell.com

October 25, 2023

Hon. Alvin K. Hellerstein  
U.S. District Court 500  
Pearl St New York, NY  
10007

SO ORDERED.

Dated: 10/27/23   /s/ Alvin K. Hellerstein  
NY, New York   United States District Judge

Re:   *U.S. v. Polanco, et. al*  
       19 cr 416 (AKH)

Dear Judge Hellerstein:

I am counsel to *Dauri Polanco,* a Defendant in the above referenced matter.

Previously Mr. Polanco pled guilty to a misdemeanor charge pursuant to a plea agreement. The case is scheduled for sentencing on November 2, 2023. Please accept this letter in lieu of a formal motion requesting adjournment of the sentencing.

I make this request as I anticipate being out of town on November 2nd in regard to preparing for a trial scheduled to start on December 5, 2023. In addition, I seek additional time to prepare a sentencing submission on behalf of Mr. Polanco.

Based upon the foregoing, subject to the Court and Government's availability, I respectfully request the sentence be adjourned to a date during the week of January 29 - February 2, 2024 or February 5 - 9 (except for February 6 & 7). If a date is not available during these period, I will confer with Your Honor's Deputy and determine a mutually available date.

I have conferred with the Government and they do not object to this request.

Respectfully  
submitted, /s/ Jeffrey  
G. Pittell

cc:   AUSA Nicholas Chiuchiolo