UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA

        -against-

DAURI POLANCO,

                              Defendant.

------------------------------------------------------------ x

**SCHEDULING ORDER**

19 Cr. 416 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties shall appear for a change of plea hearing on July 16, 2025, at 9:45 a.m., in Courtroom 14D.

      SO ORDERED.

Dated:    June 18, 2025
             New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge