UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA.,                                     :
                                                               :    **SCHEDULING ORDER**
                                                               :
                                                               :    19 CR. 416 (AKH)
            -against-                                          :
                                                               :
                                                               :
DAURI POLANCO.,                                                :
                                                               :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The proceeding scheduled in this matter for July 16, 2025, at 9:45 a.m. will instead take place at 10:00 a.m. on the same day in Courtroom 14D Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated:    June 24, 2025
              New York, New York                 ALVIN K. HELLERSTEIN
                                                            United States District Judge