UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                :
                                        :
                                        :   **ORDER ACCEPTING PLEA**
   -against-                            :   **ALLOCUTION**
                                        :
                                        :   19 Cr. 416 (AKH)
                                        :
DAURI POLANCO,                          :
                                        :
                        Defendant.      :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Valerie Figueredo on May 10, 2023;

    WHEREAS a transcript of the allocution was made; and

    WHEREAS upon review of that transcript and the defendant's supplementary allocution of July 16, 2025, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

    SO ORDERED.

Dated:    July 16, 2025
          New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge